IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARL PETER HORSCH and KIMBERLY HORSCH, H/W, et al., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : : | NO. 14-02638 |
| WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; CITIMORTGAGE, INC. T/A CITIFINANCIAL; GREENTREE SERVICING, LLC; JP MORGAN CHASE BANK; BANK OF AMERICA CORPORATION; BANK OF AMERICA N.A.; and NATIONSTAR MORTGAGE, LLC, | : : : : : : : : : : | |
| Defendants. | : | |

**ORDER**

**AND NOW** this 7th day of January, 2015, upon consideration of defendants' motions to dismiss (Doc. No. 45-46; 48-50), and plaintiffs' response thereto, **IT IS HEREBY ORDERED** that the parties file supplemental briefs addressing how the decision of the U.S. Court of Appeals for the Third Circuit in *Seamans v. Temple University*, 744 F.3d 853 (3d Cir. 2014), applies to plaintiffs' claims. All parties have ten days from the date of this order to file their briefs.

                                                                      /s/ William H. Yohn Jr.
                                                                      William H. Yohn Jr., Judge