IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KARL PETER HORSCH and KIMBERLY HORSCH, H/W, et al., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | NO. 14-2638 |
| WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A.; CITIMORTGAGE, INC. T/A CITIFINANCIAL; GREENTREE SERVICING, LLC; JP MORGAN CHASE BANK; BANK OF AMERICA CORPORATION; BANK OF AMERICA N.A.; and NATIONSTAR MORTGAGE, LLC, | : : : : : : : : : : | |
| Defendants. | : | |

**ORDER**

**AND NOW** this 24th day of March, 2015, upon consideration of defendants Wells Fargo Home Mortgage, CitiMortgage, Green Tree Servicing, JPMorgan Chase Bank, Bank of America, and Nationstar Mortgage's motions to dismiss (Doc. Nos. 45-46; 48-50), plaintiffs' opposition, defendants' replies, and all supplemental briefing, **IT IS HEREBY ORDERED** that:

1. All of plaintiffs' claims against Green Tree Servicing, JPMorgan Chase Bank, Bank of America, and Nationstar Mortgage are **DISMISSED WITH PREJUDICE**; and said defendants are dismissed as parties to this action.

2. Plaintiffs' claims against Wells Fargo Home Mortgage and CitiMortgage are **DISMISSED WITH PREJUDICE** excepting only those brought by Eileen Jackson and Paul Duffin. The motions to dismiss as to those plaintiffs are **DENIED**.

3. A status conference is scheduled for April 7, 2015 at 10:00 AM in chambers.

/s/  William H. Yohn Jr.
William H. Yohn Jr., Judge